In the Matter of the Application of FELIX O'NEILL, Appellant, for a Peremptory Writ of Mandamus against RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*Matter of O'Neill* v. *Waldo*, 160 App. Div. 982, affirmed.
(Argued June 4, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to retire the petitioner, a

policeman, on the half pay of a detective of the first grade.

*Loyal Leale* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.